**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re:

Winniman, Elizabeth W.

,

Debtor(s)

/

Case #:  20-01876
Chapter 13
Hon. John T. Gregg
Filed: 05/28/2020

**FIRST PRE-CONFIMATION CHAPTER 13 PLAN AMENDMENT**

NOW COMES THE DEBTOR, Elizabeth W. Winniman, HEREIN AND AMENDS her Chapter 13 plan as follows:

**III. DISBURSEMENTS**

**F.  UNSECURED CREDITORS.**

General Unsecured Creditors: Claims in this class are paid from funds available after payment to all other classes.  The allowed claims of general unsecured creditors will be satisfied by:

☒ Payment of a dividend of 100%, plus present value of **1%** interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☐ Payment of a pro-rata share of a fixed amount of $ _____ or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more.  This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a).  However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

In all other respects, the Plan previously filed remains unchanged.

Date: August 14, 2020

*/s/ Elizabeth W. Winniman*
Debtor

Date: August 14, 2020

*/s/ Harlee Alexander*
Counsel for Debtors